Case MDL No. 2330 Document 11 Filed 04/30/12 Page 1 of 3



FILED
CLERK, U.S. DISTRICT COURT
MAY - 2 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CARRIER IQ, INC., CONSUMER
PRIVACY LITIGATION

MDL No. 2330

CV12-1562-GAF(MRW)

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO−1)

On April 16, 2012, the Panel transferred 11 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2012). Since that time, no additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Edward M. Chen.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Chen.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of California for the reasons stated in the order of April 16, 2012, and, with the consent of that court, assigned to the Honorable Edward M. Chen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 27, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

ECF DOCUMENT
I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the Northern District of California.
Date Filed: 04/30/2012
RICHARD W. WIEKING, Clerk
By: ___, Deputy Clerk

IN RE: CARRIER IQ, INC., CONSUMER
PRIVACY LITIGATION

MDL No. 2330

SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ARIZONA** | | | |
| AZ | 2 | 11-02409 | Moree v. Carrier IQ Incorporated et al |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 11-10076 | Caryl Wolff v. Carrier IQ Inc et al |
| CAC | 2 | 11-10108 | Jannet Linder v. Carrier IQ Inc et al |
| CAC | 2 | 12-01562 | Cindy Leong v. Carrier IQ Inc et al ✓ |
| CAC | 2 | 12-01564 | Carey Eckert v. Carrier IQ Inc et al |
| CAC | 8 | 11-01899 | Lisa Clark et al v. Carrier IQ Inc et al |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 11-06338 | Briggs v. Carrier IQ, Inc. et al |
| **COLORADO** | | | |
| CO | 1 | 11-03157 | Twerskoi v. Carrier IQ, Inc. et al |
| **FLORIDA MIDDLE** | | | |
| FLM | 6 | 11-01954 | White v. Carrier IQ, Inc. et al |
| **FLORIDA SOUTHERN** | | | |
| FLS | 9 | 11-81336 | Dubberly v. Carrier IQ, Inc. et al |
| **GEORGIA NORTHERN** | | | |
| GAN | 1 | 11-04209 | Rottschafer v. Carrier IQ, Inc. et al |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 11-08791 | Siegel v. Carrier IQ, Inc. et al |
| **LOUISIANA EASTERN** | | | |

| | | | |
|---|---|---|---|
| LAE | 2 | 12-00234 | Jones v. Carrier IQ, Inc. et al |

MARYLAND

| | | | |
|---|---|---|---|
| ~~MD~~ | ~~1~~ | ~~12-00166~~ | ~~Glaser v. ATT Company, Inc., et al~~  Vacated 4/27/12 |

MINNESOTA

| | | | |
|---|---|---|---|
| MN | 0 | 12-00157 | Howell v. Carrier IQ, Inc. et al |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 2 | 11-07142 | SCHLANGER v. CARRIER IQ, INC et al |

NEW YORK EASTERN

| | | | |
|---|---|---|---|
| NYE | 1 | 11-05969 | Frisbie et al v. Carrier IQ, Inc. |
| NYE | 1 | 11-05994 | Cerrone v. Carrier IQ, Inc. et al |
| NYE | 2 | 11-06069 | Yastrab v. Carrier IQ, Inc. et al |
| NYE | 2 | 12-00091 | Katz v. Carrier IQ, Inc. et al |

NEW YORK SOUTHERN

| | | | |
|---|---|---|---|
| NYS | 1 | 11-08930 | Maron et al v. Carrier IQ, Inc. |

OHIO NORTHERN

| | | | |
|---|---|---|---|
| OHN | 1 | 11-02681 | Jones v. Carrier IQ, Inc. et al |
| OHN | 1 | 11-02772 | Jackson v. Carrier IQ, Inc. et al |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 11-07542 | ACCIDENT INVESTIGATIVE SERVICES, INC. v. CARRIER IQ, INC. et al |

TENNESSEE WESTERN

| | | | |
|---|---|---|---|
| TNW | 2 | 12-02053 | Eakins v. Carrier IQ et al |

TEXAS NORTHERN

| | | | |
|---|---|---|---|
| TXN | 3 | 11-03483 | Lucarelli v. Carrier IQ Inc et al |
| TXN | 3 | 12-00289 | Ieyoub v. Carrier IQ Inc et al |

WISCONSIN EASTERN

| | | | |
|---|---|---|---|
| WIE | 2 | 11-01119 | Kacmarcik v. Carrier IQ Inc et al |